IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

MICHAEL MORRIS,

                Petitioner,                              ORDER

      v.                                                  08-cv-0100-bbc

BRAD HOMPE, Warden,
Stanley Correctional Institution,

                Respondent.
_____

      Before the court in this action for habeas corpus relief under § 2254 is petitioner's motion for leave to proceed *in forma pauperis* on appeal.  On April 21, 2008, this court gave petitioner until May 21, 2008 either to support his motion with a six-month prison trust account statement or to pay $455 to the clerk of this court as his appellate filing and docketing fee.  Petitioner has not exercised either option.  Accordingly, his motion for leave to proceed *in forma pauperis* is denied.[1]

      Entered this 21st day of April, 2008.

                                                    BY THE COURT:

                                                    /s/

                                                    _____
                                                    STEPHEN L. CROCKER
                                                    Magistrate Judge

---

[1] In my April 21, 2008 order, I incorrectly noted that if petitioner did not respond by the deadline, this court would deem his appeal abandoned.  However, that determination is for the Court of Appeals to make.